UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

FAST AUTO LOANS, INC.,
Debtor.

00-6168-CIV-ZLOCH

CASE NO. 97-22825-BKC-RBR
Chapter 7 (jointly administered with
Case No. 97-22826-BKC-AJC,
Processing Center of America, Inc.)

_____/

JOHN P. BARBEE, Trustee,

Plaintiff,

vs.

HARRISON J. GOLDIN,
the Plan Administrator
for FIRST INTERREGIONAL
ADVISORS CORPORATION,

Defendant.

MAGISTRATE JUDGE
SELTZER

Case No. 99-2436-BKC-RBR-A

_____/



## NOTICE OF APPEAL

Defendant, HARRISON J. GOLDIN, the Plan Administrator for FIRST INTERREGIONAL ADVISORS CORPORATION, through undersigned counsel and pursuant to Fed. R. Bankr. P. 8001 and Local Rule 8001-1, appeals under 28 U.S.C. §158(a) and (b) from the Preliminary Injunction Order (Docket No. 7), entered in the above-captioned adversary proceeding on the 19th day of November, 1999, a true and correct copy of which is attached hereto as Exhibit "1."

Case No. 99-2436-BKC-RBR-A

The names of all parties to the Preliminary Injunction Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Defendant (Appellant)**:

Craig V. Rasile, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131
telephone: (305) 374-8500
fax: (305) 789-7799

Andrew H. Sherman, Esq.
Sills Cummis Radin Tischman Epstein
 & Gross, P.A.
One Riverfront Plaza
Newark, New Jersey 07102
telephone (973) 643-7000
fax: (973) 643-6500

**Attorney for Plaintiff (Appellee)**
Jack F. Weins, Esq.
Abrams Anton P.A.
One Boca Place
Suite 411-E
2255 Glades Road
Boca Raton, FL 33431
telephone (Broward) (954) 921-5500
fax: (561) 997-8494

**John P. Barbee, Trustee (Plaintiff/Appellee)**
3201 West Commercial Boulevard
Suite 114
Fort Lauderdale, FL 33309
telephone (954) 485-0034
fax: (954) 485-7475

2

Case No. 99-2436-BKC-RBR-A

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
telephone: (305) 374-8500
fax: (305) 789-7799

By: _____
CRAIG V. RASILE
Florida Bar No. 613691

and

ANDREW H. SHERMAN, ESQ.
Attorneys for Defendant
Sills Cummis Radin Tischman Epstein
 & Gross, P.A.
One Riverfront Plaza
Newark, New Jersey 07102
telephone: (973) 643-7000
fax (973) 643-6500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of November, 1999, via postage prepaid, first-class U.S. Mail to: Jack F. Weins, Esq., Abrams Anton, P.A., One Boca Place, Suite 411-E, 2255 Glades Road, Boca Raton, FL 33431; and John P. Barbee, Trustee, 3201 West Commercial Boulevard, Suite 114, Fort Lauderdale, FL 33309.

_____
Craig V. Rasile

MIA1 #887968 v1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: )  CASE NO. 97-22825-BKC-RBR
  )  Chapter 7 (Jointly administered
FAST AUTO LOANS, INC. )  with Case No. 97-22826-BKC-AJC
  )  Processing Center of America,
    Debtor. )  Inc.)

JOHN P. BARBEE, Trustee, )

    Plaintiff, )  ADVERSARY CASE NO. 99-2436-BKC-RBR-A

vs. )

HARRISON J. GOLDIN, )
the Plan Administrator
for FIRST INTERREGIONAL )
ADVISORS CORPORATION,
  )
    Defendant.

## PRELIMINARY INJUNCTION

THIS MATTER came on for hearing before the Court on November 18, 1999, after appropriate notice on the Application of the Plaintiff, JOHN P. BARBEE, Trustee, for a preliminary injunction as contained in Count I of the Trustee's Verified Adversary Complaint. In connection with the hearing, the Court has reviewed and considered the entire contents of the Court file in connection with the bankruptcy case of FAST AUTO LOANS, INC. as well as the contents of the Court file in connection with this adversary proceeding including the Trustee's Verified Adversary Complaint and the letter dated November 17, 1999 which was sent to the Court by Andrew H. Sherman, Esquire, of the law firm of Sills Cummis Radin Tischman Epstein & Gross, Attorneys for the Defendant, HARRISON GOLDIN. The Court also notes that the Defendant, GOLDIN, has filed a Notice of Appearance in the bankruptcy case

**EXHIBIT 1**

FAST AUTO LOANS, INC. through counsel (Docket #76-1) and has filed two Proofs of Claim in connection with the case, Claims 76 and 78. In addition, the funds which are the subject matter of the dispute between the Plaintiff and the Defendant in connection with this adversary case are being held by the Chapter 7 Trustee for FAST AUTO LOANS, INC., JOHN P. BARBEE, pursuant to an Order which was entered by this Court on September 22, 1997, which specifically directed that the funds be retained by the Chapter 7 Trustee "until further order of this Court." Thus, the Court has jurisdiction over both parties to this Adversary Complaint as well as the disputed funds which are the subject matter of this adversary case.

On the other hand, the United States Bankruptcy Court for the District of New Jersey, the Court in which the Defendant has filed an Application or Motion to compel turnover of the disputed funds being held by the Chapter 7 Trustee for FAST AUTO LOANS, INC., does not have jurisdiction over the estate or trustee for FAST AUTO LOANS, INC. nor does it have jurisdiction over the disputed funds which are the subject matter of this adversary proceeding.

Based on these matters and the Court's complete review and consideration of the Court file in connection with the bankruptcy case of FAST AUTO LOANS, INC. as well as the adversary file in connection with this case, the Court finds that the relief requested by the Plaintiff in Count I of his Verified Adversary Complaint should be granted. Accordingly, it is

ORDERED AND ADJUDGED that the Application of the Plaintiff, JOHN P. BARBEE, Trustee, for a preliminary injunction be and is

hereby granted and the Defendant, HARRISON J. GOLDIN, the Plan Administrator for FIRST INTERREGIONAL ADVISORS CORPORATION, his attorneys and agents, be and is hereby preliminarily enjoined, until further Order of this Court, from prosecuting any application or motion to compel the turnover of any funds held by the Plaintiff, JOHN P. BARBEE, Trustee, in any Court other than this Court. No bond shall be required from the Plaintiff, JOHN P. BARBEE, Trustee.

ORDERED in the Southern District of Florida on _Nov. 19, 1999_.

RAYMOND B. RAY,
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

JACK F. WEINS, ESQUIRE
Attorney for JOHN P. BARBEE, TRUSTEE
One Boca Place, Suite 411-E
2255 Glades Road
Boca Raton, FL 33431

ANDREW H. SHERMAN, ESQUIRE
Sills Cummis Radin Tischman
Attorneys for HARRISON J. GOLDEN,
Plan Administrator for FIRST
INTERREGIONAL ADVISORS CORPORATION
One Riverfront Plaza
Newark, NJ 07102-5400



Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By _____ Deputy Clerk
Date: NOV 19 1999

3