# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: FAST Auto Loans, Inc.                             Case Number_____
                                                         Chapter__7_____

JOHN P. BARBEE, Trustee                                  Adv. Case Number: **99-2436**
vs                                                       County of Residence
HARRISON J. GOLDIN                                       or Principle Place of Business  Broward County

## - TRANSMITTAL OF RECORD TO DISTRICT COURT -

[X]  Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal Filed on  11/29/99
[X]  Request to Expedite Appeal attached.
[ ]  Related District Court Case #_____
     (Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)

### The Party or Parties Included in the Appeal to District Court:

APPELLANT(S): HARRISON J. GOLDIN          ATTORNEY: CRAIG V. RASILE
                                                    701 Brickell Ave #3000
                                                    Miami, Fl 33131

APPELLEE(S): JOHN P. BARBEE               ATTORNEY: JACK F. WEINS
                                                    2255 Glades Rd #411-E
                                                    Boca Raton, FL 33431

Title & Date of Order Appealed:  PRELIMINARY INJUNCTION ORDER dated 11/19/99

Entered on Docket Date: 11/22/99          Docket No.  7

[X]  Designation in Appeal (See Attached)
[ ]  Designation in Cross Appeal (See Attached)
[X]  Copy of Docket
[ ]  Exhibits _____
[X]  Transcript(s) of Hearing on   11/18/99   Cp23
[ ]  Other: _____

                                          KAREN EDDY, CLERK OF COURT

Dated: February 2, 2000                   By: Violet Franks
                                              Deputy Clerk, USBC
                                              Telephone No: 954-769-5700

---

### - BANKRUPTCY RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT -

DISTRICT COURT CASE NUMBER: **00-6168 CIV-ZLOCH**

DATE OF DOCKETING: 2/4/00

                                          CARLOS JUENKE
                                          Court Administrator/Clerk of Court

                                          By: Barbara Railsback
                                              Deputy Clerk, USDC
                                          Telephone No:_____

COPIES TO:
WHITE COPY - USDC
YELLOW COPY - ATTORNEY FOR APPELLANT
BLUE COPY - ATTORNEY FOR APPELLEE
PINK COPY - RETURN TO USBC
GREEN COPY - RETAINED BY USBC

CF-A2 (rev. 12/01/98)

Proceedings include events between 1/1/99 and 2/2/00.
99-2436      John P Barbee v. Harrison J Golden                          APPEAL

| Date | # | Entry |
|---|---|---|
| 11/12/99 | 1 | Complaint (99-2436) John P Barbee vs. Harrison J Golden, the Plan Administrator for First Interregional Advisors Corporation. NOS 498 Other Action, Injunctive Relief and Surcharge . (Fee paid) (vf) [EOD 11/15/99] [99-2436] |
| 11/12/99 | 2 | Summons Issued on Harrison J Golden in 99-02436 ;Pretrial Hearing scheduled for 9:30 1/11/00 at Room 308, Ft. Lauderdale, Trial to be set at pretrial. (vf) [EOD 11/15/99] [99-2436] |
| 11/12/99 | 3 | Order ( 11/12/99) Setting Filing/Disclosure Requirements for Pretrial/Trial. Initial Disclosures of Witnesses and Documents Shall Be Made At Least 30 Days Before the Pretrial Date. Last day for filing is: 12/10/99 . (Eod 11/15/99) (vf) [EOD 11/15/99] [99-2436] |
| 11/17/99 | 4 | Summons Served 11/15/99 on Harrison J Golden. (vf) [EOD 11/17/99] [99-2436] |
| 11/17/99 | 5 | Notice of Hearing by Jack F Weins for Plaintiff John P Barbee RE: Application of the Plaintiff for Preliminary Injunction as Contained in Count I of the [1-1] Complaint NOS 498 Other Action, Injunctive Relief and Surcharge schd For 10:00 11/18/99 at Room 308, Ft. Lauderdale (vf) [EOD 11/17/99] [99-2436] |
| 11/18/99 | 6 | Response in Opposition By: Creditor First Interregional Advisors Corp. Re: [1-1] Complaint NOS 498 Other Action, Injunctive Relief and Surcharge (Re: Temporary restraining order and or preliminary injunction) (vf) [EOD 11/18/99] [99-2436] |
| 11/19/99 | 7 | Preliminary Injuction Order ( 11/19/99), Re: Count I in Adversary Granted(Eod 11/22/99) (vf) [EOD 11/22/99] [99-2436] |
| 11/29/99 | 8 | Notice Of Appeal By Harrison J Golden Appeal Designation Due: 12/9/99 RE: [7-1] Preliminary Injunction Order Re: Count I in Adversary Granted, [7-2] Order (Fee paid) (Eod 12/1/99) (vf) [EOD 12/01/99] [99-2436] |
| 11/29/99 | 9 | Request by Defendant Harrison J Golden To Expedite Appeal (vf) [EOD 12/01/99] [99-2436] |
| 12/1/99 | 10 | Clerk's Notice of Mailing of [8-1] Notice Appeal filed by Harrison J Golden ; (vf) [EOD 12/01/99] [99-2436] |
| 12/9/99 | 11 | Statement by Defendant Harrison J Golden of Issues on Appeal Re: [8-1] Notice Appeal by Harrison J Golden and Designation of Record. (vf) [EOD 12/13/99] [99-2436] |

```
Proceedings include events between 1/1/99 and 2/2/00.
99-2436         John P Barbee v. Harrison J Golden                      APPEAL

12/9/99   11      Statement of Issues on Appeal and Designation By Appellant
                  Harrison J Golden Of Contents For Inclusion In Record On
                  Appeal Re: [8-1] Notice Appeal by Harrison J Golden ;
                  Transmission Due: 1/10/00 (vf) [EOD 12/13/99]
                  [99-2436]

12/17/99  12      Initial Disclosure Required by Order Setting Filing and
                  Disclosure Requirements for Pretrial and Trial Filed By:
                  Plaintiff John P Barbee. (vf) [EOD 12/20/99]     .
                  [99-2436]

12/21/99  13      Transcript Requested by Defendant Harrison J Golden    Re:
                  [8-1] Notice Appeal  by Harrison J Golden  Transcript
                  Request Due on 1/20/00 (vf) [EOD 12/22/99] [99-2436]

12/23/99  14      Answer & Affirmative Defenses to Complaint  and
                  Counterclaim by Harrison J Golden Against John P Barbee. (vf
                  [EOD 12/28/99] [99-2436]

12/23/99  15      Defendant's Initial Disclosure Required by Order Setting
                  Filing and Disclosure Requirements for Pretrial and Trial
                  Filed By:Defendant Counter-Claimant Harrison J Golden. (vf)
                  [EOD 12/28/99] [99-2436]

1/4/00    16      Notice of Filing By  Defendant Harrison J Golden Re: [11-1]
                  Appeal Designation copies  by Harrison J Golden (vf)
                  [EOD 01/05/00] [99-2436]

1/5/00    17      Motion By  Plaintiff John P Barbee To Shorten The Time for
                  Defendant to Answer his Written Interrogatories . (vf)
                  [EOD 01/05/00] [99-2436]

1/11/00   18      Order ( 1/11/00) Denying as moot [17-1] Motion To Shorten
                  The Time for Defendant to Answer his Written
                  Interrogatories by John P Barbee. (Eod 1/13/00) (vf)
                  [EOD 01/13/00] [99-2436]

1/18/00   19      Order ( 1/18/00) to Set Pretrial Re: [1-1] Complaint NOS
                  498 Other Action, Injunctive Relief and Surcharge Pretrial
                  Hearing Rescheduled for 9:30 3/7/00 at Room 308, Ft.
                  Lauderdale .  All deadlines set forth in the 11/12/99 ,
                  setting filing and disclosure requirements for pretrial and
                  Trial are extended and reset based on the new date of the
                  Pretrial. (Eod 1/18/00) (vf) [EOD 01/18/00] [99-2436]

1/18/00   20      Answer to Counterclaim of Harrison J Goldin  by John P
                  Barbee Re: [14-2] (vf) [EOD 01/19/00] [99-2436]

1/18/00   21      Motion by Plaintiff John P Barbee to Strike Affirmative
                  Defenses Asserted Re: [14-1] Answer by John P Barbee,
                  Harrison J Golden, [14-2] Counter Claim by John P Barbee,
                  Harrison J Golden (vf) [EOD 01/19/00] [99-2436]
```

```
Proceedings include events between 1/1/99 and 2/2/00.
99-2436       John P Barbee v. Harrison J Golden                APPEAL

1/26/00   22     Notice of Hearing by Jack F Weins for Counter-Defendant
                 John P Barbee, Plaintiff John P Barbee RE: [21-1] Motion to
                 Strike Affirmative Defenses Asserted Re: [14-1] Answer by
                 John P Barbee, Harrison J Golden, [14-2] Counter Claim by
                 John P Barbee, Harrison J Golden by John P Barbee schd For
                 9:30 2/3/00 at Room 308, Ft. Lauderdale (vf) [EOD 01/27/00]
                 [99-2436]

1/27/00   --     Appeal Related Deadlines RE: [8-1] Notice Appeal  by
                 Harrison J Golden Record Transmission Due on 1/31/00 (per
                 Transcript Request) (vf) [EOD 01/27/00] [99-2436]

1/27/00   23     Transcript of Application for Prliminary Injunction as
                 Contained in Count I of the Trustee's Verified Adversary
                 Complaint on 11/18/99. (vf) [EOD 02/01/00] [99-2436]

2/2/00    24     Transmission of Record on Appeal to Dist Ct. Re: [0-0]
                 Deadline Appeal, [8-1] Notice Appeal  by Harrison J Golden
                 (vf) [EOD 02/02/00] [99-2436]
```

```
                    U.S. Bankruptcy Court
              Southern District of Florida (Broward)

                  Adversary Proceeding #: 99-2436

Date filed: 11/12/99
Assigned to: Judge Raymond B. Ray
Related Bankruptcy Case #: 97-22825
In Re: Fast Auto Loans, Inc.,
Demand: $0,000                               Nature of Suit:   498


========================              * Attorneys *

JOHN P BARBEE                         Jack F Weins, Esq
c/o Jack F Weins                      2255 Glades Rd #411E
2255 Glades Rd #411E                  Boca Raton, FL 33431
Boca Raton, FL 33431                  954-921-5500
     * Plaintiff *


   v.


HARRISON J GOLDEN                     Jeffrey P Bast, Esq
     * Defendant *                    701 Brickell Ave #3000
                                      Miami, FL 33131
                                      305-374-8500


========================              * Attorneys *

HARRISON J GOLDEN
     * Counter-Claimant *

JOHN P BARBEE                         Jack F Weins, Esq
c/o Jack F Weins                      2255 Glades Rd #411E
2255 Glades Rd #411E                  Boca Raton, FL 33431
Boca Raton, FL 33431                  954-921-5500
     * Counter-Defendant *
```




# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE