IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

HARRISON J. GOLDIN,            Case No. 00-6168 CIV-ZLOCH

    Appellant,

vs.

JOHN P. BARBEE, TRUSTEE,

    Appellee.

_____/

## AGREED MOTION FOR ENLARGEMENT OF TIME

Appellant, HARRISON J. GOLDIN ("Goldin" or the "Appellant"), requests a forty-five (45) day enlargement of time up to and including April 7, 2000, to file and serve his initial appellate brief in the above-captioned bankruptcy appeal. The grounds for this request are as follows:

1. Appellant's initial brief is presently due to be filed on February 22, 2000.

2. The parties have reached a settlement in principle, but have not completed documentation of the settlement. Because this matter involves two separate bankruptcy estates, the settlement documents must be filed and approved by the U.S. Bankruptcy Court for the Southern District of Florida and by the U.S. Bankruptcy Court for the District of New Jersey.

3. Upon approval by the two bankruptcy courts, the settlement will render this appeal moot, and Appellant will voluntarily dismiss this appeal.

4. In the interest of judicial economy, Appellant requests an enlargement of time to file his initial brief before this Honorable Court while the parties obtain the requisite bankruptcy court approvals.

5. To the extent the issues involved may become moot, the expense of preparing appellate briefs at this time may not serve the best interests of the parties' bankruptcy estates or their respective creditors in preserving the limited resources available to them.

6. Appellant seeks the requested enlargement in good faith and not for purposes of delay.

7. Appellees' counsel, Jack F. Weins, Esq., has graciously agreed to the requested enlargement.

WHEREFORE, the Appellant requests a forty-five (45) day enlargement of time, up to and including April 7, 2000, to file and serve his initial brief and such other relief as is just and proper.

Date: February 22, 2000.

HOLLAND & KNIGHT LLP
Counsel for Appellants
701 Brickell Avenue
Suite 3000
Miami, FL  33131
Tel.: (305) 789-7714
Fax: (305) 789-7799

By:_____
Craig V. Rasile (FBN 613691)
Jeffrey P. Bast (FBN 996343)

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion for Enlargement of Time was served via U.S. Mail to: Jack Weins, Esquire, Abrams Anton P.A., One Boca Place, Suite 411-E, 2255 Glades Road, Boca Raton, FL 33431, this 22nd day of February, 2000.

_____
JEFFREY P. BAST

MIA911692v1