UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CIV-ZLOCH

HARRISON J. GOLDIN,

    Appellant,

vs.

JOHN P. BARBEE, TRUSTEE,

    Appellee.
_____/

**O R D E R**

THIS MATTER is before the Court upon the Appellant, Harrison J. Goldin's, Agreed Motion For Enlargement Of Time, bearing file stamp of the Clerk of this Court dated February 22, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Appellant's aforementioned Agreed Motion For Enlargement Of Time be and the same is hereby **GRANTED** to the extent that the Appellant, Harrison J. Goldin, shall have up to and including March 22, 2000 within which to file his



Initial Brief. In all other respects, the Appellant's Motion is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jeffrey P. Bast, Esq.
For Appellant

Jack Weins, Esq.
For Appellee