UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CIV-ZLOCH

HARRISON J. GOLDIN,

      Appellant,

vs.

**ORDER TO SHOW CAUSE**

JOHN P. BARBEE, TRUSTEE,

      Appellee.
_____/

FILED by _____ D.C.

MAR 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein, and is otherwise fully advised in the premises.

    Rule 8009 of the Federal Rules of Bankruptcy Procedure provides in pertinent part as follows:

> (a) Unless the district court or the bankruptcy appellate panel by local rule or by order excuses the filing of briefs or specifies different time limits:
> (1) The appellant shall serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007.

    The Court notes that on February 4, 2000, the Appeal in the above-styled cause was entered on the docket by the Clerk of the United States District Court for the Southern District of Florida. The Court further notes that by prior Order (DE 5), this Court modified the time limit set forth in Rule 8009 by providing that the Appellant shall have up to and including March 22, 2000 within which to file his Initial Brief. Nevertheless, as of the date of this Order, no brief has been filed either by, or on behalf of the Appellant, Harrison J. Goldin, as required by Rule 8009 and by this

Court's prior Order (DE 5).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before <u>March 31, 2000</u>, the Appellant, Harrison J. Goldin, shall file a memorandum showing good cause to this Court why the above-styled cause should not be dismissed for failure to comply with the briefing schedule mandated by Rule 8009 and this Court's prior Order (DE 5), or shall file a notice of voluntary dismissal within the foregoing time period.

Upon the failure of the Appellant, Harrison J. Goldin, to comply with the provisions of this Order, the Court will dismiss the above-styled cause, without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of March, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jeffrey Bast, Esq.
For Appellant

Jack Weins, Esq.
For Appellee

2