```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6168-CIV-ZLOCH
```



HARRISON J. GOLDIN, The Plan
Administrator For The First
Interregional Advisers
Corporation,

    Appellant,

vs.   **FINAL ORDER OF DISMISSAL**

JOHN P. BARBEE, Trustee,

    Appellee.
_____/

    THIS MATTER is before the Court upon the Appellant, Harrison J. Goldin, and the Appellee, John P. Barbee's Stipulation For Dismissal Of Appeal, bearing file stamp of the Clerk of this Court dated March 28, 2000. The Court having carefully reviewed said Stipulation and the entire Court file herein, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The parties' aforementioned Stipulation For Dismissal Of Appeal be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED**, with each party to bear its own fees and costs; and

    3. To the extent not otherwise disposed of herein, all



pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jeffrey P. Bast, Esq.
For Appellant

Jack F. Weins, Esq.
For Defendant